IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LINDA PARKER, individually and on behalf of all others similarly situated, | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 9:26-CV-00255<br>JUDGE MICHAEL J. TRUNCALE |
| NACOGDOCHES MEMORIAL HOSPITAL CORPORATION, | § | |
| *Defendant.* | § | |

**ACKNOWLEDGEMENT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANT**

The Court has received Plaintiff's Notice of Voluntary Dismissal Against Defendant filed in the above-styled matter. [Dkt. 6]. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff files this notice voluntarily dismissing, with prejudice, her claims against Defendant.

Accordingly, the Court **ACKNOWLEDGES** that Plaintiff's claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of the notice.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 29th day of August, 2026.**

Michael J. Truncale
United States District Judge